IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| | ) |
| v. | ) Case No. 09 CR 082 C |
| | ) |
| | ) 18 U.S.C. § 1001 |
| LISA MARIE MILLER, | ) |
| | ) |
| Defendant. | ) |

---

THE GRAND JURY CHARGES:

COUNT 1

On or about October 30, 2008, in the Western District of Wisconsin, the defendant,

LISA MARIE MILLER,

knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Social Security Administration, in that the defendant utilized the Internet Social Security Benefit Application (ISBA) to apply for disability benefits and stated she suffered from "breast cancer, diabetes, kidney disease, and post-traumatic stress disorder", the defendant knowing these statements and representations were false, fictitious, and fraudulent.

(All in violation of Title 18, United States Code, Section 1001(a)(2)).

COUNT 2

On or about November 3, 2008, in the Western District of Wisconsin, the defendant,

LISA MARIE MILLER,

knowingly and willfully made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Social Security Administration, in that defendant stated, as part of the process to complete her application for Supplemental Security Income (SSI) and to review her previously filed internet application, that her doctors told her that her life expectancy was 8-12 months, the defendant knowing that this statement was false, fictitious, and fraudulent.

(All in violation of Title 18, United States Code, Section 1001(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

Indictment returned: ___6-3-09___

2