**U.S. Department of Justice**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

**United States Attorney's Office**
**Western District of Wisconsin**

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

July 21, 2009

Ms. Kelly Welsh
Federal Defender Service of Wisconsin
222 West Washington Avenue, Suite 300
Madison, WI 53703

      Re:   *United States v. Lisa Marie Miller*
            Case No. 09-CR-82-C

Dear Ms. Welsh:

      Pursuant to your request for Rule 16 discovery materials, I have enclosed a CD containing the following files:

      (1)    Black River Falls Hospital Records (pp. 1-105) - these records were submitted by Lisa Miller to the Eau Claire Social Security (SSA) Office on 12/3/08.

      (2)    Disability Determination (pp. 1-15).

      (3)    Gundersen Lutheran Records (pp. 1-79) - these records were submitted by Lisa Miller to the Eau Claire SSA Office on 12/3/08.

      (4)    Investigative Reports (pp. 1-31) - these reports include interviews with the SSA employees who dealt with the defendant, and also the defendant's statements during the investigation.

      (5)    Records From Gundersen to SSA (pp. 1-44).

      (6)    SSA Applications (pp. 1-64) - these are the Internet and telephone applications submitted by the defendant.

July 21, 2009
Page 2

      After you have had a chance to review the materials, please give me a call if the defendant is interested in resolving this case short of trial.

                Very truly yours,

                STEPHEN P. SINNOTT
                Acting United States Attorney

                By:   /s/

                JOHN W. VAUDREUIL
                Assistant United States Attorney

JWV:rm
Enclosures
cc:    SA Casey Roseliep, SSA