# COURTROOM MINUTES
# SENTENCING/JUDICIAL REVIEW

DATE: _____   DAY: _____   START TIME: _____   END TIME: _____

JUDGE/MAG.: _____   CLERK: _____   REPORTER: _____

PROBATION OFFICER: _____   INTERPRETER: _____   SWORN: YES   NO

CASE NUMBER: _____   CASE NAME: USA v. _____

**APPEARANCES:**

ASST. U.S. ATTY.: _____   DEFENDANT ATTY.: _____

_____   _____

DEFENDANT PRESENT: YES   NO

**SENTENCE:**

CT(S). _____ :   INDICTMENT   INFORMATION

CBOP CT. _____ : _____ MOS.; _____ YRS. S/R; $ _____ CA; $ _____ REST.; $ _____ FINE.

CT. _____ : _____ MOS.; _____ YRS. S/R; $ _____ CA; $ _____ REST.; $ _____ FINE.

VOLUNTARY SURRENDER: _____ between _____ and _____;
RELEASE CONDITIONS CONTINUED.

DETAINED.

**ACTIONS:**

PLEA AGREEMENT ACCEPTED

DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)

DEFENDANT ADVISED OF RIGHT TO APPEAL

GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED

**NOTES:**

_____
_____
_____
_____
_____
_____
_____

TOTAL COURT TIME: _____